1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
SALVADOR ROBLES,                    )          No. C 11-6234 LHK (PR)
11                                   )
                Plaintiff,           )          JUDGMENT
12                                   )
      v.                             )
13                                   )
UNKNOWN,                             )
14                                   )
                Defendant.           )
15  _____ )
16
17        The Court has dismissed the instant action.  A judgment of dismissal without prejudice is
18  entered.  The Clerk shall close the file.
19        IT IS SO ORDERED.
20  DATED: _____          1/23/12
21                                  LUCY H. KOH
                                    United States District Judge
22
23
24
25
26
27
28